IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| JOSE GARCIA CANTU, III | § |
| | § |
| V. | §    NO. 7:17-CV-122 (RAJ) |
| | § |
| WILBANKS TRUCKING SERVICE,S | § |
| LLC, WILBANKS LEASING SERVICES, | § |
| LLC, and PERRY CLACK | § |

## ORDER

Pursuant to the Parties' Notice of Settlement [Doc. 10] filed October 13, 2017, stating the above-styled and numbered case has settled, this case is administratively closed without prejudice to its being reopened to enter an order of dismissal or to enter other orders if the settlement is not consummated. Counsel in this case is ordered to file papers necessary to dismiss this action on or before THIRTY (30) days from the date of this order.

All pending motions, if any, are therefore DENIED AS MOOT.

It is so Ordered.

SIGNED this 16th day of October, 2017.

_____
ROBERT JUNELL
SENIOR U. S. DISTRICT JUDGE